1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **DANA SNIEGOCKI, ESQ.**
3  Nevada Bar No. 11715
   E-mail: dsniegocki@hkm.com
4  **REX MARTINEZ, ESQ.**
   Nevada Bar No. 15277
5  E-mail: rmartinez@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
6  1785 East Sahara, Suite 300
   Las Vegas, Nevada 89104
7  Tel: (702) 805-8340
   Fax: (702) 805-8340
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Tina Itschner, an Individual, | **CASE NO.: 2:20-cv-02137-JAD-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| HNTB Corp., a Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive, | ECF No. 17 |
| Defendants. | |

Plaintiff TINA ITSCHNER ("Plaintiff") and Defendant HNTB Corporation ("Defendant") by and through their counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

///

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: June 1, 2021

Dated: June 1, 2021

HKM EMPLOYMENT ATTORNEYS LLP

By: /s/ Dana Sniegocki
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
DANA SNIEGOCKI, ESQ.
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
REX MARTINEZ, ESQ.
Nevada Bar No. 15277
E-mail: rmartinez@hkm.com
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 805-8340
*Attorneys for Plaintiff*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: /s/ D. Lee Roberts, Jr.
D. LEE ROBERTS, JR., Esq.
Nevada Bar No. 8877
E-mail: lroberts@wwhgd.com
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864
*Attorneys for Defendant HNTB Corp.*

## ORDER

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 2, 2021